Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC, Mass.
Date 1-27-04
By _____
Deputy Clerk

UNITED STATES OF AMERICA )
)
v. )  Criminal No. 03-10403-PBS
)
ANTHONY SNOW )
)

## WAIVER OF INDICTMENT

I, ANTHONY SNOW, the above-named defendant, who is accused of mail fraud and wire fraud, in violation of Title 18, United State Code, Sections 1341 and 1343, being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on January 27, 2004, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
Judicial Officer