# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )
) Criminal No.  03-10403-PBS
)
ANTHONY SNOW )

## MOTION TO CONTINUE SENTENCING

The Defendant, Anthony Snow, respectfully request a continuance of the sentencing

hearing scheduled for April 26, 2004 at 3:00pm for a sixty day period.  In support of this motion

counsel states as follows:

1.  This time will allow for psychiatrist Dr. Roger Gray to complete his

evaluation of the defendant and for his findings to be considered in the

defendant's sentencing.

AUSA John J. Farley has no objection to this request.

Dated:  March 29, 2004

Respectfully Requested,

Frank Fernandez Esq.
Denner Associates P.C.
Four Longfellow Place, Suite 3501-06
Boston, MA 02214

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document was served this 29th day of March,
2004, via hand delivery to the Clerks Office of the  United States District Court and by hand delivery to AUSA John
Farley at the U.S. Attorney's Office.

Frank Fernandez