UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | Criminal No. 03-10403-PBS |
| ) | |
| ANTHONY SNOW         ) | |

**MOTION TO CONTINUE SENTENCING AND
REQUEST FOR EVIDENTIARY HEARING**

The Defendant, Anthony Snow, respectfully request a continuance of the sentencing hearing scheduled for May 27, 2004 at 2:00pm for a thirty day period. In support of this motion counsel states as follows:

1. Dr. Roger Gray has begun a psychiatric/medical evaluation of the defendant which has not yet been completed due to a delay in compiling the defendant's complete medical records which are expected within the week. A short continuance would allow time for the evaluation to be completed and properly presented to the Court with arguments as to why it warrants a downward departure.

AUSA John J. Farley has no objection to this request. If a continuance were granted defense counsel would request a one hour period for an evidentiary hearing to present testimony of Dr. Roger Gray.

Dated: May 4, 2004

Respectfully Requested,

*[signature]*

Frank Fernandez Esq.
Jeffrey Denner
Denner Associates P.C.
Four Longfellow Place, Suite 3501-06
Boston, MA 02214

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document was served this 17th day of May, 2004, via hand delivery to the Clerks Office of the United States District Court and by hand delivery to AUSA John Farley at the U.S. Attorney's Office and U.S.P.O. Sean Buckley.

*[signature]*
Frank Fernandez