03-CR-10403-PBS

My Name Is Anthony Snow I go To Cout on 6-28-04

I Just want To get you No That I am so sorrey for what I Did. I No I Did Bad and I am so sorrey for That I want To ask you To Hepl me I NO I am going Jail I No you got To Do your Job I had To go To School To Try To Learing I had for 26 yaer This Is wry can Not keep a Job I had a Learing Disorder. I want To Learing and Keep a Job. I am Not going To Stop Try To Learing I will Keep Try I Just need your Hepl. I Hope you can Sent me To a Jail can Hepl me for my Learing Disorder I am ask for Hepl

Thank you

FILED IN CLERKS OFFICE 2004 JUN 22 P 4: 33 U.S. DISTRICT COURT DISTRICT OF MASS