```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
         v.                 )   CRIMINAL NO. 03-10403-PBS
                            )
ANTHONY SNOW,               )
                            )
         Defendant.         )
```

## GOVERNMENT'S MOTION FOR MENTAL COMPETENCY EVALUATION

The United States of America, by and through the undersigned counsel, hereby moves for a competency evaluation of the defendant at a Bureau of Prisons facility pursuant to 18 U.S.C. §§ 4241 and 4247..

## BACKGROUND

The defendant has pleaded guilty to multiple counts of mail fraud and wire fraud. The defendant's counsel has submitted a sentencing memorandum which requests a downward departure based upon diminished capacity (U.S.S.G. § 5K2.13) and extraordinary mental and emotional condition (U.S.S.G. § 5H1.3). The defendant has supported his motion with a psychiatric forensic evaluation prepared by Roger H. Gray, M.D.

At a status conference on June 28, 2004, the government indicated that it may seek the opportunity to have a separate evaluation of the defendant conducted, but requested additional time to review Dr. Gray's report.

The Court has scheduled the sentencing hearing in this case for August 13, 2004.

## DISCUSSION

In order to assess the merits of the defendant's request for a downward departure, the government seeks to have a separate evaluation of the defendant's mental health conducted pursuant to 18 U.S.C. § 4241(a). The government requests the Court to order, pursuant to 18 U.S.C. § 4241(b), that a psychiatric or psychological examination of the defendant be conducted and filed with the Court. In so doing, the government is not suggesting that the defendant is incompetent or entitled to any diminished capacity departure.

Under 18 U.S.C. § 4247(b), the Court may commit a person to the custody of the Attorney General for placement in a suitable facility for a period not to exceed thirty days for the purposes of a psychological or psychiatric evaluation. Where, as here, the defendant is in custody, such an evaluation by the staff at a facility operated by the Bureau of Prisons may provide the Court with a much more thorough view of the defendant's mental competency than the two interviews that formed the basis for the defendant's evaluation. The defendant would be under the care and observation of a trained professional staff on a regular basis for several weeks. The staff of the Federal Bureau of Prisons includes individuals who are experienced in dealing with various mental health issues. Accordingly, the government requests that the Court commit the defendant to the custody of

the Attorney General for an evaluation in accordance with 18 U.S.C. § 4247(b).

The government further requests that the Court direct that the examiner file a report with the Court (and provide copies of the report to counsel for the government and the defendant) pursuant to 18 U.S.C. § 4247(c) that includes: (1) the defendant's history and present symptoms; (2) a description of the psychiatric, psychological, and medical tests that were employed and their results: (3) the examiner's findings; (4) the examiner's opinion as to diagnosis and prognosis; and (5) answers to the following questions:

  a. Did the defendant commit the offenses while suffering from a significantly reduced mental capacity? "Significantly reduced mental capacity" means a significantly impaired ability to (A) understand the wrongfulness of the behavior comprising the offenses or to exercise the power of reason; or (B) control behavior that the defendant knows is harmful.
  b. If the defendant committed the offenses while suffering from a significantly reduced mental capacity, was this caused by the voluntary use of drugs or other intoxicants?
  c. If the defendant committed the offenses while suffering from a significantly reduced mental capacity, to what

   extent did this reduced mental capacity contribute to the commission of the offenses?

d. What recommendations (if any) does the examiner have as to how the mental condition of the defendant should affect the sentence?[1]

## CONCLUSION

For the foregoing reasons, the government requests that the Court grant this request for a competency evaluation pursuant to 18 U.S.C. § 4241 and direct, pursuant to 18 U.S.C. § 4241(b) and 4247(b), that the defendant be committed to the custody of the Attorney General for a period of thirty (30) days so that a psychiatric or psychological report can be prepared in accordance with 18 U.S.C. § 4247(b) and (c). A proposed order is enclosed.

                              Respectfully Submitted,

                              MICHAEL J. SULLIVAN
                              UNITED STATES ATTORNEY

                    By:       _____
                              JOHN J. FARLEY
                              Assistant U.S. Attorney
                              (617) 748-3252

Dated: June 30, 2004

---

[1] The first three questions are based upon the standards for a diminished capacity departure that are set forth in U.S.S.G. § 5K2.13. The final question is based upon the language of 18 U.S.C. § 4247(c)(4)(E). Direct responses to these questions may assist the parties and the Court in assessing whether a departure is appropriate in this case.

4

## CERTIFICATE OF SERVICE

A copy of the foregoing was sent by first class mail, postage prepaid, and by facsimile to the following:

> Jeffrey A. Denner, Esq.
> 4 Longfellow Place
> Suite 3501-06
> Boston, MA 02114
> Fax - (617) 973-1562
> (Counsel for Defendant Snow)

June 30, 2004

JOHN J. FARLEY
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CRIMINAL NO. 03-10403-PBS |
| | ) |
| ANTHONY SNOW, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Pursuant to 18 U.S.C. § 4241 and § 4247, the Court hereby orders that defendant ANTHONY SNOW is committed to the custody of the Attorney General for placement in a suitable facility for a period not to exceed thirty (30) days for the purposes of a psychological or psychiatric evaluation.

It is hereby ORDERED that the examiner shall file a report with the Court and provide copies of the report to counsel for the government (Assistant U.S. Attorney John J. Farley) and counsel for the defendant (Jeffrey Denner, Esq.) pursuant to 18 U.S.C. § 4247(c) that includes: (1) the defendant's history and present symptoms; (2) a description of the psychiatric, psychological, and medical tests that were employed and their results: (3) the examiner's findings; (4) the examiner's opinion as to diagnosis and prognosis; and (5) answers to the following questions:

    a.  Did the defendant commit the offenses while suffering from a significantly reduced mental capacity? "Significantly reduced mental capacity" means a

significantly impaired ability to (A) understand the wrongfulness of the behavior comprising the offenses or to exercise the power of reason; or (B) control behavior that the defendant knows is harmful.

b. If the defendant committed the offenses while suffering from a significantly reduced mental capacity, was this caused by the voluntary use of drugs or other intoxicants?

c. If the defendant committed the offenses while suffering from a significantly reduced mental capacity, to what extent did this reduced mental capacity contribute to the commission of the offenses?

d. What recommendations (if any) does the examiner have as to how the mental condition of the defendant should affect the sentence?

A copy of this Order shall be provided to the United States Marshals Service forthwith.

Dated: _____

PATTI B. SARIS
United States District Judge

2