UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 03-10403-PBS |
| ) | |
| ANTHONY SNOW, ) | |
| ) | |
| Defendant. ) | |

ORDER

Pursuant to 18 U.S.C. § 4241 and § 4247, the Court hereby orders that defendant ANTHONY SNOW is committed to the custody of the Attorney General for placement in a suitable facility for a period not to exceed thirty (30) days for the purposes of a psychological or psychiatric evaluation.

It is hereby ORDERED that the examiner shall file a report with the Court and provide copies of the report to counsel for the government (Assistant U.S. Attorney John J. Farley) and counsel for the defendant (Jeffrey Denner, Esq.) pursuant to 18 U.S.C. § 4247(c) that includes: (1) the defendant's history and present symptoms; (2) a description of the psychiatric, psychological, and medical tests that were employed and their results: (3) the examiner's findings; (4) the examiner's opinion as to diagnosis and prognosis; and (5) answers to the following questions:

   a. Did the defendant commit the offenses while suffering from a significantly reduced mental capacity? "Significantly reduced mental capacity" means a

significantly impaired ability to (A) understand the wrongfulness of the behavior comprising the offenses or to exercise the power of reason; or (B) control behavior that the defendant knows is harmful.

b.  If the defendant committed the offenses while suffering from a significantly reduced mental capacity, was this caused by the voluntary use of drugs or other intoxicants?

c.  If the defendant committed the offenses while suffering from a significantly reduced mental capacity, to what extent did this reduced mental capacity contribute to the commission of the offenses?

d.  What recommendations (if any) does the examiner have as to how the mental condition of the defendant should affect the sentence?

A copy of this Order shall be provided to the United States Marshals Service forthwith.

Dated: 7/27/04

PATTI B. SARIS
United States District Judge