UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 03-10403-PBS |
| ) | |
| ANTHONY SNOW ) | |

## JOINT MOTION TO CONTINUE
## SENTENCING AND EVIDENTIARY HEARING

The Defendant, Anthony Snow, along with the Government through Assistant United States Attorney John Farley, respectfully request a continuance of the sentencing hearing scheduled for Friday, August 13, 2004 at 3:00pm for a 45 day period. In support of this motion counsel states as follows:

1. This time will allow for the defendant to receive a thirty day mental evaluation requested by the Government and granted by the Court.

2. This continuance will also allow for receipt of the transcript of the plea ordered by the Court as this was a case caught in transition relating to the Blakely decision.

AUSA John J. Farley joins in this request. If a continuance were granted defense counsel would request a one hour period for an evidentiary hearing to present testimony of Dr. Roger Gray. Both parties are seeking a date in late September or any date thereafter convenient to the Court.

Dated: August 3, 2004

Respectfully Requested,

_____
Frank J. Fernandez, BBO #653771
Denner O'Malley, LLP
Four Longfellow Place, 35th Floor
Boston, MA  02114
Tel. (617) 227-2800
Fax (617) 973-1562

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and exact copy of the foregoing document was served this 3rd day of August, 2004, via electronic delivery to the Clerks Office of the United States District Court and by e-mail delivery to AUSA John Farley at the U.S. Attorney's Office and U.S.P.O. Sean Buckley.

                                                          _____
                                                          Frank Fernandez