UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 03-10403-PBS |
| ) | |
| ANTHONY SNOW ) | |

**MOTION TO CONTINUE SENTENCING**
**AND EVIDENTIARY HEARING**

A joint motion to continue sentencing was recently granted to allow for a psychiatric evaluation of the defendant by the Government and to receive transcripts of the plea. The sentencing was rescheduled to September 30, at 3pm. Counsel, Jeffrey Denner, is scheduled to be in the State of Virginia on the matter of <u>Commonwealth v. Cheeseman</u>, on that date. Counsel respectfully requests a continuance to any date convenient with the Court of the week of October 18th or 25th, except the day of October 28th and apologizes for inconveniencing the Court with this request. Counsel still hopes to present the testimony of Dr. Roger Gray and requests approximately one hour to do so.

Dated: August 19, 2004

Respectfully Requested,

_____
Frank J. Fernandez, BBO #653771
Denner O'Malley, LLP
Four Longfellow Place, 35th Floor
Boston, MA  02114
Tel. (617) 227-2800
Fax (617) 973-1562

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and exact copy of the foregoing document was served this 19th day of August, 2004, via electronic delivery to the Clerks Office of the United States District Court and by e-mail delivery to AUSA John Farley at the U.S. Attorney's Office and U.S.P.O. Sean Buckley.

                                                                                             _____

                                                                                             Frank Fernandez