

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Correctional Center*

71 W. Van Buren Street
Chicago, IL 60605

September 9, 2004

The Honorable Patti B. Saris
United States District Judge
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

RE:   SNOW, Anthony
      Docket No.: 03-10403-PBS
      Reg. No.: 24639-038

Dear Judge Saris:

This is in response to your court order of July 27, 2004, which committed Mr. Snow to an examination and evaluation pursuant to Title 18, United States Code, Section 4241. Specifically, your order requests an opinion on diminished mental capacity. Mr. Snow was designated to the Metropolitan Correctional Center (MCC) Chicago, Illinois, on July 28, 2004, and he arrived at the institution on September 1, 2004. The defendant is currently detained on charges of fraud by wire.

The statute allows our psychology staff 30 days to complete the evaluation. Our clinical psychologist requests a 15-day extension as permitted by the statute in order to complete the testing and examination necessary to develop a history, diagnosis, and opinion. The time period for the evaluation commenced upon Mr. Snow's arrival at MCC Chicago. It is anticipated that the evaluation will be completed by October 16, 2004. The report will be submitted to the court within two weeks of completion of the evaluation. Per your order, additional copies will be sent directly to prosecution and defense counsel. You can expect to receive the report by October 29, 2004, should you grant our request for extension.

If you should have any questions, please contact me at (312) 322-0567, Ext. 500.

Sincerely,

J. F. Graber
Warden

9/20/04
Request allowed.
Patti Saris