```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 03-10403-PBS |
| | ) |
| v. | ) |
| | ) |
| ANTHONY SNOW | ) |

                    NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Massachusetts, hereby respectfully gives notice for the appearance of the undersigned co-counsel for the government TO BE NOTICED ELECTRONICALLY REGARDING ALL FILINGS.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ Emily R. Schulman
                              EMILY R. SCHULMAN
                              Assistant U.S. Attorney
```

                     CERTIFICATE OF SERVICE

I, Emily R. Schulman, hereby certify that I served a copy of the foregoing pleading by first-class mail on September 30, 2004 on Jeffrey Denner, Esq., Four Longfellow Place, Suite 3501, Boston, MA 02114.

```
                              /s/ Emily R. Schulman
                              EMILY R. SCHULMAN
                              Assistant U.S. Attorney
```