UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        ) CRIMINAL NO.: 03-10403-PBS
                                )
        v.                      )
                                )
ANTHONY SNOW                    )


<u>NOTICE OF WITHDRAWAL</u>

    The United States of America, by and through its attorney,

the United States Attorney for the District of Massachusetts,

hereby respectfully gives notice for the withdrawal of the

undersigned co-counsel for the government.


                           Respectfully submitted,

                           MICHAEL J. SULLIVAN
                           United States Attorney

                    By:    _____
                           JOHN J. FARLEY
                           Assistant U.S. Attorney


<u>CERTIFICATE OF SERVICE</u>

    I, John J. Farley, hereby certify that I served a copy of
the foregoing pleading by first-class mail on September 30, 2004
on Jeffrey Denner, Esq. Four Longfellow Place, Suite 3501,
Boston, MA 02114.


                           _____
                           JOHN J. FARLEY
                           Assistant U.S. Attorney