UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 03-10403-PBS |
| | ) |
| v. | ) |
| | ) |
| ANTHONY SNOW | ) |

NOTICE OF WITHDRAWAL

    The United States of America, by and through its attorney, the United States Attorney for the District of Massachusetts, hereby respectfully gives notice for the withdrawal of the undersigned co-counsel for the government.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                        By:   /s/John J. Farley
                              JOHN J. FARLEY
                              Assistant U.S. Attorney

CERTIFICATE OF SERVICE

    I, John J. Farley, hereby certify that I served a copy of the foregoing pleading by first-class mail on September 30, 2004 on Jeffrey Denner, Esq. Four Longfellow Place, Suite 3501, Boston, MA 02114.

                                        /s/ John J. Farley
                                        JOHN J. FARLEY
                                        Assistant U.S. Attorney