**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA                )  | |
| )  | |
| v.                                                          )  | Criminal No.  03-10403-PBS |
| )  | |
| ANTHONY SNOW                               )  | |

**ASSENTED-TO MOTION TO CONTINUE**
**SENTENCING AND EVIDENTIARY HEARING**

Counsel respectfully requests a 30 day continuance of the October 27th, 2004 sentencing

and evidentiary hearing, to any date convenient with the Court.  As reasons for this request

counsel states Dr. Roger Gray, whose evaluation and testimony form the basis for the requested

downward departure, will be out of the Country until November 8th.  Assistant U.S. Attorney

Emily Schulman assents to this request.  Counsel, Jeffrey Denner, is beginning a trial

Wednesday, December 1st, but is available earlier that week.

Dated:  October 5, 2004

Respectfully Requested,

/S/  Frank Fernandez
Frank J. Fernandez, BBO #653771
Denner O'Malley, LLP
Four Longfellow Place, 35th Floor
Boston, MA  02114
Tel. (617) 227-2800
Fax (617) 973-1562

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and exact copy of the foregoing document was served this 4th day of October, 2004, via electronic delivery to the Clerks Office of the  United States District Court and by e-mail delivery to AUSA Emily Schulman at the U.S. Attorney's Office and U.S.P.O. Sean Buckley.

                                                  /S/ Frank Fernandez
                                                  Frank Fernandez