UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
|                             ) | |
|         V.                  ) | CRIM. NO. 03-10403-PBS |
|                             ) | |
| ANTHONY SNOW                ) | |

GOVERNMENT'S MOTION TO EXTEND TIME FOR COMPLETION OF PSYCHIATRIC
EVALUATION OF DEFENDANT ANTHONY SNOW

The United States of America, by and through its undersigned attorneys, hereby moves to extend the time by which Dr. Jason Dana, Metropolitan Correctional Center, Chicago, Illinois, must complete his evaluation of Defendant Anthony Snow.  As grounds for this motion, the government states that Dr. Dana has requested that the government provide him with copies of investigative reports and other materials from the above-captioned case.  Dr. Dana has stated that these materials will significantly enhance his ability to evaluate the defendant as ordered by this Court.  The undersigned Assistant U.S. Attorney is newly assigned to this case and must review any such materials before they are disclosed to Dr. Dana.  The undersigned Assistant U.S. Attorney is currently on trial in the case of United States v. Joseph Lemoure, Criminal No. 03-10249-GAO.  Because that trial is expected to continue through the week of October 18, 2004, the government will not be able to respond to Dr. Dana's request until the week of October 25, 2004.  Accordingly, the government moves to extend by two weeks the time by which Dr. Dana must

complete his evaluation of the defendant and report his findings to the Court.

Defense counsel has already moved to continue Defendant Snow's sentencing until the week of November 29, 2004, so that his psychological expert is available to appear at the sentencing hearing. If the court is inclined to grant that continuance, extending by two weeks the time by which Dr. Dana's evaluation is due will not delay the proceedings in this case and will serve the interests of justice.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ Emily R. Schulman
                              EMILY R. SCHULMAN
                              Assistant U.S. Attorney


                      CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

            Jeffrey A. Denner, Esq.
            Four Longfellow Place
            Boston, MA 02114


    This 7th day of October, 2004.

                               /s/ Emily R. Schulman
                              EMILY R. SCHULMAN
                              ASSISTANT UNITED STATES ATTORNEY