UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 03-10403-PBS |
| ) | |
| ANTHONY SNOW ) | |

### ASSENTED-TO MOTION TO CONTINUE
### SENTENCING AND EVIDENTIARY HEARING

Sentencing is currently scheduled for November 29, 2004. This assented to request to continue both the evidentiary hearing and sentencing is being made because this matter is a case which plead prior to the Blakely decision and one which may be directly affected by Blakely if it were to apply to the Federal Guidelines. Since the Supreme Court is currently deciding this issue a short continuance is requested. Defense Counsel, Jeffrey Denner, is also scheduled to begin trial in Salem Superior Court on November 28, 2004 in the Matter of Commonwealth v. Christopher Bontos. AUSA Emily Schulman assents to this request.

If the Court were to consider a continuance, it is requested it be for a 30-45 day period. Mrs. Schulman is scheduled to begin a trial the week of January 10, 2005 in the matter of U.S. v Hebert Cates, Docket No. 02-10241-PBS, so both parties are requesting a date the week of January 31, 2005 or thereafter.

Dated: November 12, 2004

Respectfully Requested,

/S/ Frank Fernandez
Frank J. Fernandez, BBO #653771
Denner O'Malley, LLP
Four Longfellow Place, 35th Floor
Boston, MA 02114
Tel. (617) 227-2800

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and exact copy of the foregoing document was served this 12th day of November, 2004, via electronic delivery to the Clerks Office of the United States District Court and by e-mail delivery to AUSA Emily Schulman at the U.S. Attorney's Office and U.S.P.O. Sean Buckley.

                                                                                           /S/Frank Fernandez
                                                                                           Frank Fernandez