# Commonwealth of Massachusetts

United States SS                              U.S. DISTRICT COURT

COMMONWEALTH OF MASSACHUSETTS )
                             )
            VS.              )  DOCKET NO. 03-10403 PBS
                             )
Anthony Snow          )
_(Defendant)_

## DEFENDANT'S MOTION for APPOINTMENT of COUNSEL

The Defendant, Anthony Snow_____, moves that the Court appoint counsel
to represent him in the above captioned matter. It support thereof, the defendant states:.

1. That he is indigent and financially unable to retain counsel as attested to by the attached
   Affidavit of Indigency;

2. That he needs the assistance of counsel to adequately present his motion;

3. That attorney Fernandez / Denner_____, who represented the Defendant,
   has failed to respond to the Defendant's phone calls and letters and the Defendant can
   no longer afford to pay Attorney Frank Fernandez / Jeff Denner

4. That he is entitled to assistance of counsel under the Sixth and Fourteenth Amendments
   of the Constitution.

Respectfully submitted,

_(signature)_
(DEFENDANT)
Essex County Correctional Facility
Housing Unit: 240 C -Cell # 754___
Post Office Box 807
Middleton, MA 01949

Date: 12-15-04_____

E.C.C.F.
LIBRARY