# COMMONWEALTH OF MASSACHUSETTS

United States, SS                              U.S District COURT

Commonwealth of Massachusetts

    Vs.                                   Docket number: 03-1C4C3 PBS

Anthony Snow

### DEFENDANTS MOTION TO DISMISS COUNCIL

Now comes the defendant and respectfully moves this Honorable Court to dismiss the legal council appointed to him in the above captioned Matter for reasons as stated below:

Conflict of Interest
1) Lawyer refuses me a Bail hearing
2) Lawyer represents my wife
3) Lawyer refuse to give me statements being used against me
4) Lawyer has lost valueable evidence
ETC... ETC...

In consideration thereof, this defendant urges the court grant this motion as quickly as possible.

    Respectfully Submitted,

    *[signature]*
    (Defendant)
ESSEX COUNTY CORRECTIONAL FACILITY
Housing Unit 240 C   Cell # 754
POST OFFICE BOX 807
MIDDLETON MASS 01949

Dated: 12-15-04

E.C.C.F.
LIBRARY