Dec 15, 2004

U.S-vs Snow
Docket # 03-10403-PBS
U.S FEDERAL COURT

Sir / Madam

The reason I am
writing to you is because there are numerous
things I want to bring to your attention, I've
also wrote to the Bar Association regarding this
matter and asking for a new Attorney. It's been
over 2 weeks since I wrote to the Bar and I haven't
heard back from the Bar yet, now I am writing to
you for your help, hoping you can grant me a new
Attorney and the chance to explain to you why
I want to Fire my Attorney. Sir /Madam I realize
your a very busy person and I don't want to take
up to much of your time, but let me just give
you a Few examples, why I want another Attorney!
1) Attorney refuses to bring me in for Bail hearing
2) My Attorney also represents my wife and she
   is involved in this matter
3) Attorney has "lost" evidence relating to this case
4) Attorney will not give me copies of Statements
   or anything relating to the case
         Sir / Madam this is just a few, I could go
on because there is more. I have paid Attorney
Frank Fernandez + Jeffrey Denner alot of money
and they are "not" representing me to the best of