UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  03-10403-PBS |
| v. | |
| ANTHONY SNOW | |

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                              January 4, 2005

     TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion to Dismiss Counsel on **January 18, 2005**, at **4:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                            By the Court,

                            /s/ Robert C. Alba
                            Deputy Clerk

Copies to:  All Counsel