# Commonwealth of Massachusetts

U.S. District , SS                    Federal           COURT

COMMONWEALTH OF MASSACHUSETTS )
                              )
              VS.             )  DOCKET NO. 03-10403-P.BS
                              )
   Anthony Snow               )
       (Defendant)

### DEFENDANT'S MOTION for APPOINTMENT of COUNSEL

The Defendant, __Anthony Snow__, moves that the Court appoint counsel to represent him in the above captioned matter. It support thereof, the defendant states:.

1. That he is indigent and financially unable to retain counsel as attested to by the attached Affidavit of Indigency;

2. That he needs the assistance of counsel to adequately present his motion;

3. That attorney __Frank Ferandiez / Denner__ who represented the Defendant, has failed to respond to the Defendant's phone calls and letters and the Defendant can no longer afford to pay Attorney _____.

4. That he is entitled to assistance of counsel under the Sixth and Fourteenth Amendments of the Constitution.

Respectfully submitted,

_[signature]_
(DEFENDANT)
Essex County Correctional Facility
Housing Unit: _____ -Cell # _____
~~Post Office Box 807~~
Middleton, MA 01949

Date: 12-23-04

E.C.C.F.
LIBRARY