## COMMONWEALTH OF MASSACHUSETTS

<u>U.S. District Court</u>, ss  <u>Federal</u> COURT

VS.

<u>Anthony Snow</u>   DOCKET #: <u>03-10403-PBS</u>
DEFENDANT

## DEFENDANT'S MOTION for WRIT OF HABEAS CORPUS

Now comes the Defendant <u>Anthony Snow</u>, in the above Captioned matter and respectfully moves that this Honorable Court to cause to be issued a *Writ of Habeas Corpus*, Directed to the Sheriff of Essex County, Essex County Correctional Facility at 20 Manning Road, Middleton, MA 01949-2807, or the custodian therefore to produce the said defendant before said court for the purpose of:

<u>I Believe He is Not Being Truthful To me Concering My case.</u>

on the <u>12-23-04</u>

Respectfully submitted,

*[signature]*

Defendant
Essex County Correctional
20 Manning Road
Middleton, MA 01949

E.C.C.F. LIBRARY