UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.   03-10403-PBS |
| v. | |
| ANTHONY SNOW | |

### NOTICE OF RESCHEDULED SENTENCING

SARIS, U.S.D.J.                                                                                                    March 28, 2005

    The Sentencing previously scheduled for March 29, 2005, 2005, has been **rescheduled** to **April 26, 2005, at 4:00 p.m.**

By the Court,

_/s/ Robert C. Alba_
Deputy Clerk

Copies to:  All Counsel

resched.ntc