UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.    CRIMINAL NO.   03-10403-PBS

   ANTHONY SNOW
      Defendant

MEMORANDUM OF SENTENCING HEARING
AND
REPORT OF STATEMENT OF REASONS

Saris, D.J.

   Counsel and the defendant were present for sentencing hearing on  4/27/05 . The Court has considered the factors set forth in 18 U.S.C. §3553(a), including the sentencing guidelines. The reasons for sentence were stated in open court.

   1.(a)   Were all factual statements contained in the Presentence Report (PSR) adopted without objection?

             ___ yes   X  no

      (b)   If no to (a) the PSR was adopted in part with the exception of the following factual issues in dispute:

   DEFENDANT OBJECTS TO THE PSR FINDING THAT HE WAS RESPONSIBLE FOR CERTAIN FRAUDULENT ACCIDENT CLAIMS.  ¶23, 25, 26, 28, 35, 40, 47, 49, 50, 52, 54, 55, 56 AND 63.  I DISAGREE WITH THE DEFENDANT'S POSITION. EVEN IF DEFENDANT PREVAILED, THE LOSS AMOUNT IS GREATER THAN $200,000 WHICH WARRANTS A 12-LEVEL INCREASE PURSUANT TO §2F1.1(B)(1)(g).  DEFENDANT ALSO OBJECTS TO THE SOPHISTICATED MEANS ENHANCEMENT.  I AGAIN AGREE WITH THE PSR.

      2.   Are any legal issues in dispute?

             X  yes   ___ no

          If yes, describe disputed issues and their resolution:

   DEFENDANT OBJECTS TO INCREASE IN THE OFFENSE LEVEL FOR ROLE IN THE OFFENSE AND OBSTRUCTION OF JUSTICE. I FIND THAT THE COURT HAS INSUFFICIENT EVIDENCE TO CONCLUDE THAT DEFENDANT, A MAN WITH A LOW I.Q., WAS AN ORGANIZER OF THIS EXTENSIVE AND SOPHISTICATED SCHEME.  AFTER AN EVIDENTIARY HEARING, I DENY THE ENHANCEMENT FOR OBSTRUCTION OF JUSTICE BECAUSE OF INADEQUATE EVIDENCE TO SUPPORT THE GOVERNMENT. THE COURT AWARDS A 2 LEVEL REDUCTION FOR ACCEPTANCE OF RESPONSIBILITY.

2.(a)   Tentative findings as to advisory guidelines are:

   Total Offense Level: _____20_____

   Criminal History Category: _____V_____

   __63__ to __78__ months imprisonment

   __24__ to __36__ months supervised release

   $__7,500_____ to $____75,000_____ fine

   (plus $_____ cost of imprisonment/supervision)

   $ __SEE ATTACHMENT A__ restitution

   $____900.00_____ special assessment ($_____ on each of counts _____)

(b)   Are there any legal objections to tentative findings?

   __X__ yes  _____ no

3.(a)   Remarks by counsel for defendant.[1]

   __X__ yes  _____ no

(b)   Defendant speaks on own behalf.

   __X__ yes  _____ no

(c)   Remarks by counsel for government.

   __X__ yes  _____ no

4.(a)   The sentence will be imposed as follows:

   _____63_____ months imprisonment [WITH A RECOMMENDATION TO FCI DEVENS OR ANOTHER INSTITUTION WITH PSYCHIATRIC COUNSELING CAPABILITY; 500 HOUR DRUG TREATMENT PROGRAM]

   _____ months/intermittent community confinement

   _____ months probation

   _____24_____ months supervised release

   $ ___NONE_____ fine (including cost of imprisonment/supervision)

   $_____ restitution* PAYABLE AS PROVIDED IN ATTACHMENT A.

   $ __900.00_____ special assessment ($_____ on each of counts _____)

---

[1] The order of argument and/or recommendation and allocution may be altered to accord with the Court's practice.

2

Other provisions of sentence: (community service, forfeiture, etc.):

  * RESTITUTION IS PROVIDED IN ¶177 OF THE PRE-SENTENCE REPORT. SEE ATTACHMENT A.

  - MENTAL HEALTH COUNSELING
  - DRUG TESTING AND COUNSELING
  - TUTORING IN READING, AND IF POSSIBLE, A G.E.D.

  (b)  After imposing sentence, the Court has advised the defendant of the defendant's right to appeal within 10 days of the entry of judgment in accordance with FRCrP 32(a)(2).

5.   Statement of reasons for imposing sentence.
     Check appropriate space.

  (a) _X_  Sentence is within the advisory guideline range

  (b) ___  Sentence departs from the advisory guideline range as a result of:

        ___ substantial cooperation upon motion of the government

OR

        ___ a finding that the following (aggravating or mitigating) circumstance exists that is of a kind or degree not adequately taken into consideration by the Sentencing Commission in formulating the guidelines and that this circumstance should result in a sentence different from that described by the guidelines for the following reasons:

6.(a) Is the sentence under the advisory sentencing guidelines reasonable in light of the factors set forth in 18 U.S.C. §3553(a)

            _X_ yes    ___ no

  (b)  If no, why is the guideline sentence unreasonable?

  (c)  Is restitution applicable in this case?

            _X_ yes    ___ no

       Is full restitution imposed?

            _X_ yes    ___ no

3

       If no, less than full restitution is imposed for the following reasons:

       (d)   Is a fine applicable in this case?

         __X__ yes   _____ no

**Is the fine within the guidelines imposed?**

         _____ yes   __X__ no

**If no, the fine is not within guidelines or no fine is imposed for the following reasons:**

__X__ Defendant is not able, and even with the use of a reasonable installment schedule is not likely to become able, to pay all or part of the required fine; OR

_____ Imposition of a fine would unduly burden the defendant's dependents; OR

_____ Other reasons as follows:

7.   Was a plea agreement submitted in this case?

         _____ yes   __X__ no

8.   The PSR is adopted as part of the record, either in whole or in part as discussed above and is to be maintained by the U.S. Probation Department under seal unless required for appeal.

9.   Judgment will be prepared by the clerk in accordance with above.

10.  The clerk will provide this Memorandum of Sentencing Hearing And Report on Statement of Reasons to the U.S. Probation Department for forwarding to the Sentencing Commission, and if the above sentence includes a term of imprisonment, to the Bureau of Prisons.

_____                S/PATTI B. SARIS_____

Date                                    United States District Judge

**ATTACHMENT A**

Restitution shall be made as follows:

| | |
|---|---|
| Arbella | $85,739.45 |
| Republic Western | $37,512.85 |
| Claims America | $51,089.79 |
| Gallagher Bassett | $44,774.75 |
| Fireman's Fund | $ 5,551.95 |
| Commerce Insurance | $ 8,704.60 |
| Liberty Mutual | $27,390.82 |