

U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center, Devens*

P.O. Box 880
Ayer, MA 01432

June 6, 2005

Honorable Patty B. Saris
United States District Judge
District of Massachusetts
John Joseph Moakley U. S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE:   SNOW, Anthony
      Reg. No. 24639-038
      Docket No: 1:03-CR-10403-001-PBS

Dear Judge Saris:

This letter is in response to your judicial recommendation regarding Mr. Anthony Snow, an inmate currently incarcerated at this institution. Specifically, you recommended that Mr. Snow be permitted to serve his sentence at FMC Devens and participate in Mental Health Treatment. You also recommended that he participate in the Bureau of Prisons' 500 hour Residential Drug Abuse Program (RDAP).

Mr. Snow was sentenced on April 27, 2005, to a term of 63 months with 24 months of Supervised Release for Mail Fraud. While the Bureau of Prisons was able to immediately accommodate your recommendations by placing him at FMC Devens, a facility with mental health services, the 500 hour RDAP, previously housed at this facility, has been relocated to another Federal Correctional Institution. In accordance with your recommendation he will be referred to our Drug Abuse Treatment Specialist for further evaluation concerning his eligibility for the program.

We appreciate your interest and recommendation concerning Mr. Snow and hope this information will be helpful. Should you require any additional information, please do not hesitate to contact me at (978) 796-1000.

Sincerely,

David L. Winn
Warden